IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00817-LTB

DOUGLAS WILSON,

    Plaintiff,

v.

JOHN SUTHERS, Colorado Attorney General,
DANIAL MAY, El Paso County D.A.,
CITY OF COLORADO SPRINGS, and
TRAVIS TRANI, CSP Warden,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 13, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 13 day of May, 2013.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/E. Van Alphen
                                       Deputy Clerk